## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Iesha Ward, et al. | * | |
| **Plaintiffs** | * | |
| v. | * | **Case No. 1:18-cv-00672** |
| Twin America, LLC, et al. | * | |
| **Defendants** | * | |
| _____ / | | |

### ORDER

AND NOW, this ___26th___ day of ___July___, 2019, upon consideration of Plaintiff's Motion to Withdraw Pending Discovery Motions and Stay Case Pending Settlement, it is hereby:

**ORDERED**, Plaintiffs' Motions to Compel (ECF Docs. 35, 34), are withdrawn without prejudice; and

**ORDERED**, this case shall be stayed until September 6, 2019, upon which time the Parties shall file a Motion seeking preliminary approval of a Rule 23 settlement class.

**SO ORDERED.**

By the Court:

Royce C. Lamberth

Hon. Royce C. Lamberth
U.S. District Court Judge

cc:    All Counsel (*via* ECF)