## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ieasha Ward, et al. | * | |
| **Plaintiffs** | * | |
| v. | * | Case No. 1:18-cv-00672 |
| Twin America, LLC, et al. | * | |
| **Defendants** | * | |

_____ /

## ORDER

AND NOW, this ___10th___ day of ___September___, 2019, upon consideration of the parties' Joint Motion to Extend the Deadline for Filing Motion for Preliminary Approval of the Settlement it is hereby:

**ORDERED** that the Joint Motion to Extend the Deadline for Filing Motion for Preliminary Approval of the Settlement is GRANTED; and

**ORDERED** that Parties shall file the Joint Motion for Preliminary Approval of the Settlement by October 4, 2019.

**SO ORDERED.**

By the Court:

Hon. Royce C. Lamberth
U.S. District Court Judge

cc:    (*via* ECF)

102032990