UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IEASHA WARD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TWIN AMERICA, LLC, et al.<br><br>    Defendants. | Case No. 1:18-CV-00672-RCL |

## ORDER

AND NOW, this ___3rd___ day of ___April___, 2020, upon consideration of the parties' Joint Motion for Final Approval of the Settlement, Attorney's Fees and Costs, and Class Representative Award and Motion Seeking the Payment of Attorneys' Fees and Costs, it is hereby **ORDERED** that the motions are **GRANTED**.

It is further **ORDERED** as follows:

1. The Joint Settlement Agreement and Release ("Settlement Agreement") is approved;

2. The Settlement Class is finally certified for settlement purposes;

3. The Settlement Agreement is fair, reasonable, and adequate to the Settlement Class and is approved by the Court;

4. The attorneys' fees and expenses to Plaintiffs' Counsel of $140,000.00, inclusive of all fees and costs associated with administering the Class Notice and settlement along with any expert fees is approved;

5. The Parties will promptly carry out their respective obligations under the Settlement Agreement;

6. Payment of the service award of $10,000.00 shall be made to Class Representative Ieasha Ward;

7. All Released Claims of the Class Representative (as that terms is defined in the Settlement Agreement) are hereby dismissed with prejudice;

8. All Released Claims of each Opt-In Claimant (as that term is defined in the Settlement Agreement) are hereby dismissed with prejudice;

9. All Released Claims of each Class Member (as that term is defined in the Settlement Agreement) who has not opted-out, are hereby dismissed with prejudice;

10. This Court retains continuing jurisdiction over all matters relating to the implementation, effectuation, and enforcement of the Settlement Agreement, including but not limited to the supervision of the payments to be made pursuant to the Parties' Settlement Agreement. The Court further retains jurisdiction to enforce this Order entered this day; and

11. This action is dismissed with prejudice.

_____
Judge Royce C. Lamberth
United States District Judge