IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Ieasha Ward, et al.** | * | |
| Plaintiffs | * | |
| v. | * | Case No. 1:18-cv-00672-RCL |
| **Twin America, LLC, et al.** | * | |
| Defendants | * | |

## ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COST

AND NOW, this _____ day of _April_____, 2020, upon consideration of Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs, it is hereby **ORDERED**:

1. Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs is **GRANTED**;

2. In accordance with the Parties' Settlement Agreement, Defendants shall pay Hoffman Employment Law, LLC, One Hundred Forty Thousand U.S. Dollars ($140,000.00), representing costs and legal fees incurred in representing the class.

3. The Defendants shall pay the aforementioned amount within fourteen (14) days of the Final Effective Date, as set forth in ¶ 1.11 of the Parties' Settlement Agreement. (ECF Doc. 58-2; Exh. A).

**SO ORDERED.**

By the Court:

_____
Judge Royce C. Lamberth
United States District Judge

cc: All Counsel (via ECF)